David A. Chami, #027585
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5564
F: (818) 600-5464
david@pricelawgroup.com
*Attorneys for Plaintiffs,*
*Patricia and Armando Mendoza*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Mendoza and Armando Mendoza,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Ditech Financial, LLC and Equifax Information Services, LLC,<br><br>　　　　　Defendants. | **Case No.: CV-19-209-PHX-JAT**<br><br>**FIRST AMENDED NOTICE OF 30(b)(6) DEPOSITION OF EQUIFAX INFORMATION SERVICES, LLC**<br><br>Date:  July 29, 2019<br>Time: 9:00 a.m. EDT<br>Place: Janice S. Baker & Associates<br>　　　　235 Peachtree Street North Tower,<br>　　　　Suite 400<br>　　　　Atlanta, GA 30303 |

**TO: ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD**

　　PLEASE TAKE NOTICE, pursuant to Fed.R.Civ.P 30(b)(6), that Plaintiffs, Patricia Mendoza and Armando Mendoza through their undersigned attorney of record, will take the deposition and oral examination of Defendant Equifax Information Services, LLC ("Equifax") on **July 29, 2019 at 9:00 a.m. (EDT) at 235 Peachtree Street, North Tower, Suite 400, Atlanta, GA 30303.** The Parties may mutually agree to change the date and

time of the deposition. This deposition will be taken before a notary public or other officer authorized to administer oaths and will be recorded by video and/or stenographically. The deposition will continue from day to day thereafter, except for Saturdays, Sundays and State and Federal holidays, at the same place and beginning at the same time, until completed. If an interpreter is requested to translate testimony, notice of the same must be given at least 5 working days before the deposition date, and the specific language and/or dialect of thereof designated.

The deponent must have knowledge and shall be able to testify to the following subject matters:

1. The handling of Plaintiffs' disputes of the trade line at issue in this litigation.

2. The Equifax employee(s) with knowledge of the establishment of Equifax's systems and/or policies for assuring the accuracy of credit file information.

3. The Equifax employee(s) with knowledge of Equifax's systems and/or policies regarding reinvestigations and/or disputes.

4. The Equifax employee(s) with knowledge of Equifax's policies and procedures for responding to consumer disputes.

5. The Equifax employee with knowledge regarding the use of the Automated Consumer Dispute Verification.

6. Equifax's practices, policies, procedures, and methods used in its credit reporting generally.

7. The allegations made against Equifax in Plaintiffs' Complaint and Equifax's defenses to those allegations.

Please designate one of more officers, directors, managing agents, or other persons pursuant to Federal Rule of Civil Procedure 30(b)(6) to testify on behalf of Equifax Information Services, LLC.

DATED: July 2, 2019

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

/s/*David A. Chami*
David A. Chami, #027585
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5564
F: (818) 600-5464
david@pricelawgroup.com
*Attorneys for Plaintiffs,*
*Patricia and Armando Mendoza*

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019, I served a true and correct copy of Plaintiff's First Amended Notice of 30(b)(6) Deposition of Equifax Information Services, LLC, via E-Mail and First-Class Mail, enclosed in a sealed envelope with proper postage prepaid, to the following:

Melissa S. Ho (#023269)
Maria Fernanda Hubbard (#033161)
Isabella Leavitt (#034097)
POLSINELLI PC
One East Washington, Suite 1200
Phoenix, Arizona 85004
Telephone: 602.650.2000
Facsimile: 602.264.7033
mho@polsinelli.com
mhubbard@polsinelli.com
ileavitt@polsinelli.com
Attorneys for Defendant
Equifax Information Services, LLC

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: July 2, 2019                                              PRICE LAW GROUP, APC

                                                                                    /s/*Elizabeth Nanez*